IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PNC Bank, National Association, successor in interest to National City Bank, successor in interest to National City Bank of the Midwest, successor in interest to National City Bank of Michigan/Illinois<br><br>Plaintiff,<br><br>v.<br><br>Dharmendra S. Patel; Andrew W. Majernik; Becky A. Majernik; Sankabhai Patel; and the Brandon Commons Condominium Association,<br><br>Defendants. | Case No. 13-cv-07603<br><br>Assigned Judge: Ronald A. Guzman<br><br>Magistrate Judge: Jeffrey Cole<br><u>Property Address:</u><br>158 N. Brandon Drive, Unit 1<br>Glendale Heights, Illinois 60139<br><br>1N342 Pleasant Avenue<br>Glen Ellyn, Illinois 60137 |

## **MOTION FOR JUDGMENT OF FORECLOSURE AND SALE**

NOW COMES the Plaintiff, PNC Bank, National Association, successor in interest to National City Bank, successor in interest to National City Bank of the Midwest, successor in interest to National City Bank of Michigan/Illinois, by its attorneys Crowley & Lamb, P.C., and moves the Court for the entry of a Judgment of Foreclosure and Sale in its favor and against the Defendant(s):

Dharmendra S. Patel; Andrew W. Majernik; Becky A. Majernik; Sankabhai Patel and the Brandon Commons Condominium Association, and as grounds thereof state:

As appears from the Affidavit of Plaintiff placed on file in support of this Motion, and from the pleadings and admissions on file, there is no genuine issue as to any material fact, and the Plaintiff is entitled to a Judgment of Foreclosure and Sale in this case as a matter of law.

                                          PNC Bank, National Association, successor to National City Bank, successor in interest to National City Bank of the Midwest, successor in interest to National City Bank of Michigan/Illinois

                                          By:   /s/ Christopher S. Fowler
                                                        One of Its Attorneys

Patrick D. Lamb (ARDC #3128062)
Christopher S. Fowler (ARDC#6282889)
CROWLEY & LAMB, P.C.
221 N. LaSalle Street, Suite 1550
Chicago, Illinois 60601
(312) 670-6900
plamb@crowleylamb.com
cfowler@crowleylamb.com